NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-147

STATE OF LOUISIANA

VERSUS

RANDELL TURNER

************

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT,
PARISH OF VERNON, NO. 66395 and 66387,
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

SENTENCE VACATED AND
REMANDED FOR RESENTENCING.

William E. Tilley
District Attorney
Terry W. Lambright
Assistant District Attorney
Post Office Box 1188
Leesville, Louisiana  71496-1188
(337) 239-2008
Counsel for:
        State of Louisiana

**Paula Corley Marx**
**Louisiana Appellate Project**
**Post Office Box 80006**
**Lafayette, Louisiana  70598-0006**
**(337) 991-9757**
**Counsel for Defendant/Appellant:**
**Randell Turner**